# TANSEY TRACY LLC

## ATTORNEYS AT LAW

JAMES N. TRACY III, ESQ.
J.TRACY@LAWTTC.COM

MEMBER NEW JERSEY, NEW YORK & CONNECTICUT BARS

**NEW JERSEY**
24 THOREAU DRIVE
FREEHOLD, NEW JERSEY 07728
(732) 683-1770 (O)
(732) 683-1775 (F)

**NEW YORK**
1725 RICHMOND ROAD
STATEN ISLAND, NEW YORK 10306
(718) 233-3785 (O)
(718) 233-3805 (F)

November 26, 2019

**Filed via ECF**
Honorable Sarah L. Cave, U.S.M.J.
United States District Court-SDNY
500 Pearl Street – Courtroom 702
New York, New York 10007

      Re:   Northwell Health Inc., etc. v. Lamis, *et al*
            Case No: 1:18-cv-01178 WHP

Dear Magistrate Judge Cave:

      This office represents the plaintiff, Northwell Health Flex Benefits Plan, in connection with the above-captioned matter. A settlement conference is currently scheduled in the case for this coming Tuesday, December 3, 2019. I am writing to request that the conference be adjourned indefinitely as my client is not presently in a position to engage in meaningful settlement negotiations. The plaintiff needs time to answer recently served discovery requests and to decide thereafter if motion practice is the preferred course of action. Moreover, it is unclear at this time whether the stalemate encountered by the parties in attempting to settle the case on their own is something that can be overcome.

Respectfully submitted,

James N. Tracy

---

The Settlement Conference currently scheduled for **Tuesday, December 3, 2019** is ADJOURNED sine die.

Should the parties wish to hold a Settlement Conference at a later date, they should not hesitate to file a request via ECF.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 45.

SO ORDERED        11/27/19

SARAH L. CAVE
United States Magistrate Judge