UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------

NORTHWELL HEALTH INC., IN ITS
CAPACITY AS PLAN
ADMINISTRATOR FOR THE
NORTHWELL HEALTH FLEX
BENEFITS PLAN,

          Plaintiff,

-against-

LUZVISMINDA LAMIS and A. PAUL
BOGATY, ESQ.,

          Defendants.

--------------------------------------------------------------

18cv1178

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

    The parties shall submit a status report by January 15, 2020.

Dated: January 8, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.